UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORGAN & CURTIS ASSOCIATES, INC., on behalf of itself and all others similarly situated,

    Plaintiff,

-vs.-

BEAR GLASS, INC. and BEAR GLASS NEW JERSEY, INC.,

    Defendants.

16 cv 206 (LDW)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2016 ★
LONG ISLAND OFFICE

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Morgan & Curtis Associates, Inc., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice, each side to bear its own costs.

Dated: White Plains, New York
March 10, 2016

MORGAN & CURTIS ASSOCIATES, INC. by its attorneys

BELLIN & ASSOCIATES LLC

/s/ Aytan Y. Bellin
By: Aytan Y. Bellin
50 Main Street, Suite 1000
White Plaines, NY 10606
Phone: 914-358-5345
Fax: 212-571-0284
E-mail: Aytan.Bellin@bellinlaw.com

SO ORDERED:

/s/ USDJ, Leonard D. Wexler

Central Islip, NY
3/15/16